UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL LYNN GABRIEL, | ) | 3:08-CV-0497-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 27, 2010 |
| GENERAL SERVICES ADMINISTRATION, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to withdraw (#46) first motion to lift stay (#39) is **GRANTED**. Plaintiff's first motion to lift stay (#39) is hereby deemed **WITHDRAWN**.

Plaintiff's motion to amend complaint (#41) and motion for sanctions for violation of court's stay (#42) are **DENIED without prejudice.** Pursuant to Notice of Chapter 13 Bankruptcy Proceeding (#27), this case is stayed and the court lacks jurisdiction. Plaintiff shall have to leave to re-file these motions when the case is returned to active status.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk