1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL LYNN GABRIEL, | )    3:08-CV-00497-LRH-VPC |
|      Plaintiff, | ) |
|      v. | ) |
| GENERAL SERVICES ADMINISTRATION, MARK D. KHORSANDI and LEONID GUERVICH | )    **STIPULATION TO LIFT STAY, WITHDRAW ADVERSARY CASE FROM BANKRUPTCY COURT AND CONSOLIDATE ADVERSARY CASE WITH THIS ACTION** |
|      Defendants. | )    AND ORDER THEREON |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

COME NOW General Services Administration ("GSA"), by and through its undersigned

counsel, and Plaintiff Michael Lynn Gabriel ("Plaintiff"), and hereby stipulate and agree that

*Gabriel v. General Services Administration et al*, 3:08-CV-00497-LRH-VPC is a more appropriate

forum for adjudication of the issues raised in Plaintiff's Bankruptcy Court adversary proceeding,

*Gabriel v. General Services Administration*, Case No. 10-05085-GWZ. Accordingly, the parties

stipulate and agree that this Court should lift the stay in this action, withdraw the adversary

proceeding from the Bankruptcy Court and consolidate that proceeding with this action. *See* 28

U.S.C. § 157(d) (authorizing District Court to withdraw, in whole or in part, bankruptcy

proceedings); Fed.R.Civ.P. 42(a) (allowing consolidation of actions involving common questions

of law or fact). Withdrawal and consolidation are appropriate because this action and the

1  adversary proceeding involve common questions of fact. This action alleges that Plaintiff should

2  have been awarded two lighthouses because he successfully bid for them while the adversary

3  proceeding alleges that GSA's subsequent sale of the two lighthouses and a third lighthouse

4  violated the automatic stay provision of the Bankruptcy Code.

5         The parties further stipulate and agree that Plaintiff may supplement the complaint in this

6  action to assert any new claims he wishes to advance, subject to defenses to be asserted by General

7  Services Administration. This Court will then adjudicate the consolidated cases. Lastly, the

8  parties stipulate and agree to the following briefing schedule to address the issues raised in the

9  consolidated cases:

10  •      April 4, 2011 – Deadline for filing Supplemental Complaint;

11  •      June 3, 2011 – Deadline for filing Answer to Supplemental Complaint;

12  •      August 1, 2011 – Deadline for Plaintiff's Motion for Summary Judgment;

13  •      October 3, 2011 – Deadline for Defendant's Opposition and Cross Motion for Summary
        Judgment (filed as one document);

14

15  •      December 1, 2011 – Deadline for Plaintiff's Opposition to Cross Motion for Summary
        Judgment and Reply to Opposition to Motion for Summary Judgment (filed as one
        document); and

16

17  •      February 1, 2011 – Deadline for Defendant's Reply to Plaintiff's Opposition to Cross
        Motion for Summary Judgment.

18

19  Dated: 3/3/11

20  MICHAEL LYNN GABRIEL                         DANIEL G. BOGDEN
                                                United States Attorney
21

22

23  MICHAEL LYNN GABRIEL                         HOLLY A. VANCE
    Plaintiff                                    Assistant United States Attorney
24

25

26

2

ORDER

IT IS SO ORDERED.

DATED this 4th day of March, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE